**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kenneth Edward RIVERE,
Defendant–Appellant.**

No. 05–30742.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided May 10, 2006.

Ian F. Hipwell, Deputy Chief Attorney, Baton Rouge, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Lafayette, LA, Jean M. Faria, Baton Rouge, LA, for Defendant–Appellant.

Before KING, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM: *

Kenneth Edward Rivere appeals his 150–month sentence following his guilty-plea conviction for bank robbery. Rivere avers that the district court erroneously departed upward and that the extent of the departure was unreasonable.

Rivere has not shown that the district court's decision to upwardly depart at sentencing was either unreasonable or an abuse of discretion. *See United States v. Simkanin,* 420 F.3d 397, 416 (5th Cir. 2005); *United States v. Smith,* 417 F.3d 483, 489 (5th Cir.2005). The district court's decision to depart was grounded in an acceptable basis. *See* 18 U.S.C. § 3553(a)(1). Further, the departure itself was acceptable with respect to both percentage and magnitude. *See Smith,* 417 F.3d at 492. Consequently, the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.